

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00084-CV

———————————————

HILARY CROWDER, Appellant

V.

LOUDER WITH CROWDER, LLC, Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 23-9170-431

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

The parties have filed a joint motion to dismiss this appeal. Having previously abated the appeal, we lift the abatement, grant the joint motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a), 43.2(f).

Pursuant to the parties' agreement, each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 6, 2024